368

## OKLAHOMA CITY COMPANY v. COMMISSIONER OF INTERNAL REVENUE.

### No. 2149.

Circuit Court of Appeals, Tenth Circuit.

July 3, 1940.

Garnett & Garnett, of Oklahoma City, Okl., for petitioner.

Before PHILLIPS and LEWIS, Circuit Judges.

PER CURIAM.

Petition for review dismissed on motion of petitioner.

## Eskild OLSEN, Appellant, v. ALASKA PACKERS ASS'N, a Corporation, Appellee.

### No. 9538.

Circuit Court of Appeals, Ninth Circuit.

Sept. 5, 1940.

Rehearing Denied Sept. 11, 1940.

C. H. Fish, of San Francisco, Cal., for appellant.

John H. Black and James M. Wallace, both of San Francisco, Cal., for appellee.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

DENMAN, Circuit Judge.

This is an appeal from a decree dismissing a libel by a sailor for maintenance and cure for injuries received while employed on respondent's launch "Sparrow". The allegations concerning the receipt of the injury are similar to those of the companion libel for damages for the injury, 9

Cir., 114 F.2d 364, No. 9537, this day decided.

The same question of jurisdiction is involved as in No. 9537 and the appeal submitted on the same stipulation and argument as in that case. For the reasons there stated the decree is reversed.

Reversed.

## Rose PERRY v. SOUTHERN RWY. CO.

Circuit Court of Appeals, Sixth Circuit.

May 13, 1940.

Allen, Nelson & Allen, of Elizabethton, Tenn., and Vines, Hawkins & Bryant, of Johnson City, Tenn., for appellant.

Susong, Parvin & Fraker, of Greeneville, Tenn., for appellee.

PER CURIAM.

Dismissed without docketing on court's motion.

## Edward TEWSLEY v. The UNITED STATES.

### No. 8642.

Circuit Court of Appeals, Sixth Circuit.

May 14, 1940.

Oliver Guy Frick, of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion.